STATE OF NEW JERSEY v. BRUCE BINNS.

June 21, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 583)

STATE OF NEW JERSEY v. DAVID GUY BALDWIN.

June 21, 1988.

Petition for certification denied.

STEPHEN VALLILLO v. MUSKIN CORPORATION.

June 21, 1988.

Petition for certification denied.

MICHAEL GILBERT v. MANCHESTER TOWNSHIP COMMITTEE
AND THOMAS D. VARELLI.

June 21, 1988.

Petition for certification denied.

MABEL WILBOURN v. MONMOUTH MEDICAL CENTER.

June 21, 1988.

Petition for certification denied.